# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00321-CV

**ARC Lakeway SNF, L.L.P., Appellant**

**v.**

**Jim Cox, Attorney in Fact for Anna Cox, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT NO. D-1-GN-09-002177, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss the appeal, explaining that it no longer wishes to prosecute this interlocutory appeal. We grant the motion and dismiss the interlocutory appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed: July 23, 2010